UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>KERRY PETER MANTALEROS<br>(aka Kerry Peter Papadakos),<br><br>           Defendant. | Case No.: 2:11-CR-00364-RCJ-GWF<br><br>**CONSENT OF DEFENDANT** |

Defendant, **KERRY PETER MANTALEROS**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this 30th day of October, 2012.

APPROVED:

_____
ROBERT C. JONES
United States Chief District Judge